UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY MURRAY,<br><br>    Petitioner,<br><br>v.<br><br>EDWARD SILVA,<br><br>    Respondent. | Case No. 25-cv-09647-JST<br><br>**ORDER TO SHOW CAUSE; ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: ECF No. 1 |

Petitioner has filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state court conviction from San Francisco County Superior Court. Pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, Respondent is ordered to show cause why the writ should not be granted.

The Clerk shall serve electronically a copy of this order upon the Respondent and the Respondent's attorney, the Attorney General of the State of California, at the following email addresses: SFAWTParalegals@doj.ca.gov and SFAGDocketing@doj.ca.gov. The petition and any exhibits thereto are available via the Electronic Case Filing System for the Northern District of California.

Within 91 days of the issuance of this order, Respondent shall file with the Court and serve on Petitioner an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a reply with the Court and serving it on Respondent within 35 days of the date the answer is filed.

1    In the alternative, Respondent may file, within 91 days of the issuance of this order, a
2 motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory
3 Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such
4 a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement
5 of non-opposition within 28 days of the date the motion is filed, and Respondent shall file with the
6 Court and serve on Petitioner a reply within 14 days of the date any opposition is filed.

7    **IT IS SO ORDERED.**

8 Dated:  November 14, 2025



JON S. TIGAR
United States District Judge